IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOHN P. LITZY, JR.,             :

   Plaintiff,                  :
                                                  Case No. 3:13cv00429
 vs.                             :
                                                    District Judge Thomas M. Rose
CAROLYN W. COLVIN,               :  Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration,         :

   Defendant.                  :

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #14), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on August 11, 2014 (Doc. #14) is ADOPTED in full;

2. The parties' Joint Stipulation For Award of Attorney Fees under the Equal Access to Justice Act (Doc. #13) is GRANTED, and the Commissioner is ordered to pay Plaintiff's attorney fees, costs, and expenses in the total amount of $4,200.00;

3. Defendant is further ordered to verify, within thirty days of this Decision and Entry, whether or not Plaintiff owes a pre-existing debt to the United States

       subject to offset.  If no such pre-existing debt exists, Defendant is ordered to pay the EAJA award directly to Plaintiff's attorney; and

4. Plaintiff's Motion for Attorney Fees (Doc. #12) is DENIED as moot.

September 2, 2014　　　　　　　　　　　　　　　　*s/Thomas M. Rose

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Thomas M. Rose
　　　　　　　　　　　　　　　　　　　　　　United States District Judge